CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SULAIMAN ABUDULA,<br><br>                Plaintiff,<br><br>   v.<br><br>KRISTI NOEM,[1] Secretary, United States Department of Homeland Security, *et al*.,<br><br>                Defendants. | Case No. 3:25-cv-01391-WHO<br><br>**STIPULATION TO EXTENSION OF TIME FOR DEFENDANTS' REPLY; [PROPOSED] ORDER** |

On August 4, 2025, the Court granted the parties' stipulation to a proposed briefing schedule, setting the due date for Defendants' reply as September 9, 2025. Dkt. No. 19. Plaintiff and Defendants now stipulate and respectfully request the Court to grant a two-day extension of time for Defendants' reply in support of their motion for summary judgment and set a due date for September 11, 2025. The parties make this request because Defendants' counsel needs additional time to prepare and finalize Defendants' reply. The parties respectfully request that the Court grant their stipulation.

//

//

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation
Case No. 3:25-cv-01391-WHO

Dated:  September 9, 2025

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: September 9, 2025

*s/ Justin Wang*
JUSTIN WANG
Baughman & Wang, PC
Attorney for Plaintiff

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their reply by September 11, 2025.

Date:   September 9, 2025

HON. WILLIAM H. ORRICK
United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 3:25-cv-01391-WHO

# DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On August 4, 2025, the Court granted the parties' stipulation to a proposed briefing schedule, setting the due date for Defendants' reply as September 9, 2025. Dkt. No. 19.

3. Although I diligently have been preparing Defendants' reply for filing, I cannot complete it by the current due date because of other pressing litigation deadlines requiring my attention.

4. On September 9, 2025, I contacted Plaintiff's counsel regarding Defendants' request for a two-day extension of time to prepare their reply, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 9, 2025

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney